UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

The Trustees of the Minnesota State Basic Building Trades Fringe Benefits Fund,

Plaintiffs,

vs.

GibSons Construction Enterprises, Inc., a Minnesota corporation; and Elaine Gibson,

Defendants.

Civil File No. 01-2170 ADM/AJB

**STIPULATION FOR EXTENSION OF TIME TO INTERPOSE ANSWER TO COMPLAINT** and order

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto that the above-named Defendants are hereby granted an extension until January 15, 2002 in which to interpose an Answer to Plaintiffs' Complaint in the above-entitled matter.

Date: December 28, 2001

ROSENE, HAUGRUD & STAAB

By: [signature]
Andrew E. Staab (#204705)
400 Robert Street North, #1800
St. Paul, MN 55101
651/227-6621

ATTORNEYS FOR PLAINTIFF

Date: December 31, 2001

FELHABER, LARSON, FENLON & VOGT, P.A.

By: [signature]
Richard C. Salmen (#95308)
601 Second Avenue South, #4200
Minneapolis, MN 55402
612/373-8413

ATTORNEYS FOR DEFENDANTS

JAN 04 2002

MPLS 199728-1

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

The Trustees of the Minnesota State Basic Building Trades Fringe Benefits Fund,

Plaintiffs,

vs.

GibSons Construction Enterprises, Inc., a Minnesota corporation; and Elaine Gibson,

Defendants.

Civil File No. 01-2170 ADM/AJB

**ORDER**

It appearing that the parties consent hereto, therefore it is

**ORDERED** that the above-named Defendants are granted an extension until January 15, 2002 in which to interpose an Answer to Plaintiffs' Complaint in the above-entitled matter.

Dated: January 3, 2002

**BY THE COURT:**