**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

The Trustees of the Minnesota State Basic
Building Trades Fringe Benefit Fund,

Plaintiffs,

v.

**ORDER**
Civil No. 01-2170 ADM/AJB

GibSons Construction Enterprises, Inc.,
a Minnesota corporation, and Elaine Gibson,

Defendants.

---

Stephen Kelly, Esq., Rosene, Haugrud & Staab, Chartered, St. Paul, MN, appeared for and on behalf of Plaintiffs.

Ruth S. Marcott, Esq., Felhaber, Larson, Fenlon & Vogt, P.A., Minneapolis, MN, appeared for and on behalf of Defendants.

---

This matter comes before the undersigned United States District Judge pursuant to the May 6, 2003 Memorandum Opinion and Order [Docket No. 24] of this Court. Therein, Plaintiff's Motion for Summary Judgment was granted and judgment was entered against Defendant Elaine Gibson personally as a surety for the delinquent contributions under the terms of the Cement Agreement and Brick Agreement, and against Defendant GibSons Construction Enterprises, Inc., for the delinquent contributions, as well as liquidated damages, attorneys' fees and costs. The remaining issue of the appropriate judgment amounts is addressed below.

MAY 13 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Based on the foregoing, and all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Clerk of Court shall enter judgment in favor of Plaintiffs and against Defendants GibSons Construction Enterprises, Inc. and Elaine Gibson, jointly and severally, in the amount of $90,948.84, representing delinquent contributions.

2. That the Clerk of Court shall enter judgment in favor of Plaintiffs and against Defendant GibSons Contstruction Enterprises, Inc., in the amount of $20,103.07 representing $9,094.89 in liquidated damages, $10,000.00 in reasonable attorneys' fees, and $1,008.18 in costs.

3. The first sentence of the May 6, 2003 Order is hereby amended *nunc pro tunc* to reference the hearing date: "February 5, 2003."

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

BY THE COURT:

ANN D. MONTGOMERY
UNITED STATES DISTRICT JUDGE

Date: May 13, 2003